UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

PARKER LLEWELLYN and
BILL J. SHERER,

    Plaintiffs,

v

KEITH CREAGH, in his official capacity as
Director of the Michigan Department of
Natural Resources,

    Defendant.

No. 1:16-CV-793

HON. PAUL L. MALONEY

James A. Tanford
Attorney for Plaintiffs
2302 E. Woodstock Pl.
Bloomington, IN 47401
(812) 332-4966
tanford@indiana.edu

Epstein Cohen Seif & Porter
Of Counsel
2303 Woodstock Pl
Bloomington, IN 47401
(812) 332-4966
tanfordlegal@gmail.com

Robert P. Reichel (P31878)
Katie L. Barron (P75610)
Assistant Attorneys General
Attorneys for Defendant
Environment, Natural Resources,
and Agriculture Division
P.O. Box 30755
Lansing, MI 48909
(517) 373-7540
Reichelb@michigan.gov

_____/

**CONSENT JUDGMENT**

    This case is before the Court upon filing of the complaint by Plaintiffs, Parker Llewellyn and Bill J. Sherer, challenging the constitutionality of MCL 324.48714.

Plaintiffs and Defendant Keith Creagh,[1] in his official capacity as the Director of the Michigan Department of Natural Resources (collectively "the Parties"), previously agreed, and the Court entered an Order on August 1, 2016, to hold this matter in abeyance and stay enforcement of MCL 324.48714 while proposed legislation that would repeal MCL 324.48714 in its entirety was being considered. The legislation that would have repealed MCL 324.48714 expired, without enactment, at the end of the 2015-2016 legislative term. The Order staying proceedings [Docket # 6] expired on January 9, 2017.

The Parties now wish to resolve this matter, with finality, and without further litigation.

NOW THEREFORE, upon the consent of the Parties, by their attorneys, it is hereby ORDERED AND ADJUDGED:

1. The Michigan Department of Natural Resources will not enforce MCL 324.48714, in its present form, against the Plaintiffs; and

2. Each party will bear its own costs and attorney fees.

IT IS SO ORDERED.

This Order resolves all pending claims and closes the case.


Dated: February 6, 2017          /s/ Paul L. Maloney
                                 Honorable Paul L. Maloney
                                 District Court Judge

---

[1] Director William Moritz was succeeded by Keith Creagh as director on August 1, 2016. Pursuant to Fed. R. Civ. P. 25(a)(d), this action may be continued against Mr. Creagh without a formal order of substitution.

IT IS HEREBY STIPULATED:


Dated: February 3, 2017                    */s/ James A. Tanford*
                                           James A. Tanford
                                           Attorney for Plaintiffs Parker
                                           Llewellyn and Bill J. Sherer
                                           2302 E. Woodstock Pl.
                                           Bloomington, IN 47401
                                           (812) 332-4966
                                           tanford@indiana.edu


Dated: February 3, 2017                    */s/ Robert P. Reichel*
                                           Robert P. Reichel (P31878)
                                           Katie L. Barron (P75610)
                                           Attorneys for Defendant Keith
                                           Creagh, in his official capacity as
                                           Director of the Michigan Department
                                           of Natural Resources
                                           P.O. Box 30755
                                           Lansing, MI 48909
                                           (517) 373-7540
                                           Reichelb@michigan.gov